```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOE HAND PROMOTIONS, INC.,

                              **Plaintiff,**                    21-CV-10140 (JHR)(SN)

        -against-                                        **ORDER**

KIRVENS LLC, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties were to file a joint status letter no later than June 20, 2023. See ECF No. 38. To date, no such letter has been filed. The parties are again directed to file a joint status letter no later than July 5, 2023.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      June 27, 2023
               New York, New York